James L. Arrasmith, Esq., SBN 332498
Nanjin Ren, Esq., SBN 363940
The Law Offices of James L. Arrasmith
5150 Sunrise Boulevard, Suite G-1
Fair Oaks, CA 95628
Telephone: (916) 974-9835
E-mail: wolves@jlegal.org

Attorney for Plaintiff, *TERRY MAURICE COLLINS, JR.*

THE LAW OFFICES OF JAMES L. ARRASMITH
A PROFESSIONAL LAW CORPORATION
5150 Sunrise Boulevard, Suite G-1 Fair Oaks, CA 95628
TELEPHONE: (916) 974-9835 | EMAIL: wolves@jlegal.org

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRY MAURICE COLLINS JR.,<br><br>Plaintiff,<br><br>v.<br><br>HOUSING AUTHORITY OF THE COUNTY OF CONTRA COSTA; KATHY SHEEHAN; BRANDY GREEN; KATHLEEN DOE; and DOES 1–10,<br><br>Defendants. | **Case No.: 3:26-cv-00695-CRB**<br><br>**[~~PROPOSED~~] ORDER GRANTING RENEWED EX PARTE MOTION TO WITHDRAW AS COUNSEL OF RECORD**<br><br>Date:<br>Time:<br>Courtroom: Videoconference Only<br>Judge: Hon. Charles R. Breyer<br>Action Filed: January 22, 2026 |

Having considered Plaintiff's Counsel's Renewed Ex Parte Motion to Withdraw as Counsel of Record, the supporting declaration, the record in this action, and good cause appearing, IT IS HEREBY ORDERED that:

1. The Renewed Ex Parte Motion is GRANTED.
2. The Law Offices of James L. Arrasmith, A.P.C., James L. Arrasmith, and Nanjin Ren are relieved as counsel of record for Plaintiff Terry Maurice Collins, Jr.
3. Unless and until substitute counsel appears, Plaintiff shall proceed pro se and shall keep the Court and all parties informed of his current mailing address. Plaintiff's current mailing address is 21 Durier Place, Brooklyn, New York 11226.

THE LAW OFFICES OF JAMES L. ARRASMITH
A PROFESSIONAL LAW CORPORATION
5150 Sunrise Boulevard, Suite G-1 Fair Oaks, CA 95628
TELEPHONE: (916) 974-9835 | EMAIL: wolves@jlegal.org

4. Until Plaintiff appears pro se or substitute counsel appears, papers may continue to be served on withdrawing Counsel for forwarding purposes pursuant to Civil Local Rule 11-5(b).

5. Withdrawing Counsel shall serve this Order on Plaintiff by first-class mail at his current address and file a certificate of service promptly after entry of the Order.

IT IS SO ORDERED.

Dated: September 25, 2026

**CHARLES R. BREYER**

United States District Judge